IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03301-WYD-KMT

RYAN F. EARLY, an individual,

      Plaintiff,

v.

COCHLEAR AMERICAS CORPORATION, a Delaware corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal filed May 30, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal (ECF No. 27) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney fees.

Dated:  May 30, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge